UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:22–cv–1814–KJN<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE<br><br>(ECF No. 2.) |

Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2. The Clerk of Court is directed to issue a summons for this case, the undersigned's scheduling order for Social Security cases, and the court's order regarding consent to the jurisdiction of a magistrate judge; and

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

3.     In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has represented to the court not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

Dated: October 18, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

silv.1814

2